B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**G Street Remnant Shop, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**52-0746881** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12220 Wilkins Ave**<br>**Rockville, MD**<br>ZIP Code **20852** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> G Street Remnant Shop, Ltd. | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**G Street Remnant Shop, Ltd.**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Janet M. Nesse (jnesse@mhlawyers.com)**
Signature of Attorney for Debtor(s)

**Janet M. Nesse (jnesse@mhlawyers.com) 07804**
Printed Name of Attorney for Debtor(s)

**McNamee Hosea**
Firm Name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**

Address

**(301) 441-2420  Fax: (301) 982-9450**
Telephone Number

**June 5, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joel Greenzaid**
Signature of Authorized Individual

**Joel Greenzaid**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 5, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **G Street Remnant Shop, Ltd.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Michael Greenzaid**<br>**9825 Carmelita Dr**<br>**Potomac, MD 20854** | **Michael Greenzaid**<br>**9825 Carmelita Dr**<br>**Potomac, MD 20854** | | | 350,000.00 |
| **Joel Greenzaid**<br>**8925 Abbey Terrace**<br>**Potomac, MD 20854** | **Joel Greenzaid**<br>**8925 Abbey Terrace**<br>**Potomac, MD 20854** | | | 350,000.00 |
| **Seven Corners Center LLC**<br>**7501 Wisconsin Ave**<br>**Suite 1500E**<br>**Bethesda, MD 20814** | **Seven Corners Center LLC**<br>**7501 Wisconsin Ave**<br>**Suite 1500E**<br>**Bethesda, MD 20814** | | | 120,000.00 |
| **JBG Retail**<br>**4445 Willard Ave**<br>**Suite 700**<br>**Chevy Chase, MD 20815** | **JBG Retail**<br>**4445 Willard Ave**<br>**Suite 700**<br>**Chevy Chase, MD 20815** | | | 60,000.00 |
| **Ross, Langan & McKendrick**<br>**7900 Westpark Dr Suite T420**<br>**Mc Lean, VA 22102** | **Ross, Langan & McKendrick**<br>**7900 Westpark Dr Suite T420**<br>**Mc Lean, VA 22102** | | | 60,000.00 |
| **Bernina of America**<br>**25339 Network Place**<br>**Chicago, IL 60673** | **Bernina of America**<br>**25339 Network Place**<br>**Chicago, IL 60673** | | | 25,000.00 |
| **Delaware DG**<br>**1007 South Chapel Street**<br>**Newark, DE 19702** | **Delaware DG**<br>**1007 South Chapel Street**<br>**Newark, DE 19702** | | | 25,000.00 |
| **Internal Revenue Service**<br>**324 25th Street**<br>**Ogden, UT 84201** | **Internal Revenue Service**<br>**324 25th Street**<br>**Ogden, UT 84201** | **Employment Tax** | | 22,700.00 |
| **PEPCO**<br>**PO Box 13608**<br>**Philadelphia, PA 19101** | **PEPCO**<br>**PO Box 13608**<br>**Philadelphia, PA 19101** | | | 18,000.00 |
| **Stylecrest Fabrics**<br>**1015 Adams Street**<br>**Hoboken, NJ 07030** | **Stylecrest Fabrics**<br>**1015 Adams Street**<br>**Hoboken, NJ 07030** | | | 12,950.00 |
| **Selective Ins.**<br>**P. Box 371468**<br>**Pittsburgh, PA 15250-7468** | **Selective Ins.**<br>**P. Box 371468**<br>**Pittsburgh, PA 15250-7468** | | | 12,457.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **G Street Remnant Shop, Ltd.**  
               Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Selective Ins. P. Box 371468 Pittsburgh, PA 15250-7468 | Selective Ins. P. Box 371468 Pittsburgh, PA 15250-7468 | | | 10,254.00 |
| J Lefkovits and Co 257 West 39th Street New York, NY 10018 | J Lefkovits and Co 257 West 39th Street New York, NY 10018 | | | 9,958.25 |
| Fabrics Merchants 1430 South Grande Vista Ave Los Angeles, CA 90023 | Fabrics Merchants 1430 South Grande Vista Ave Los Angeles, CA 90023 | | | 9,080.00 |
| Dominion Virginia Power P.O. Box 26543 Richmond, VA 23290 | Dominion Virginia Power P.O. Box 26543 Richmond, VA 23290 | | | 6,572.92 |
| Veritas Law 1225 19th St NW #320 Washington, DC 20036 | Veritas Law 1225 19th St NW #320 Washington, DC 20036 | | | 5,982.49 |
| Internal Revenue Service PO BOX 8208 Philadelphia, PA 19101 | Internal Revenue Service PO BOX 8208 Philadelphia, PA 19101 | Employment Tax | | 5,266.00 |
| HVAC Precision Services 7610 Lindbergh D Gaithersburg, MD 20879 | HVAC Precision Services 7610 Lindbergh D Gaithersburg, MD 20879 | | | 5,062.60 |
| American Detail Cleaning Corp 12280 Wilkins Ave Suite 101 Rockville, MD 20852 | American Detail Cleaning Corp 12280 Wilkins Ave Suite 101 Rockville, MD 20852 | | | 4,393.67 |
| Montgomery County MD 255 Rockville Pike L-15 Rockville, MD 20850 | Montgomery County MD 255 Rockville Pike L-15 Rockville, MD 20850 | Personal Property Tax | | 4,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June  5, 2015**           Signature    **/s/ Joel Greenzaid**  
                                                                                              **Joel Greenzaid**  
                                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

**United States Bankruptcy Court**
**District of Maryland**

In re   **G Street Remnant Shop, Ltd.**   ,   Case No. _____

Debtor

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joel Greenzaid, President** **8925 Abbey Terrace** **Potomac, MD 20854** | | **44%** | |
| **Michael Greenzaid** **9825 Carmelita Drive** **Potomac, MD 20854** | | **44%** | |
| **Nadine Davison** **3401 SW Willametter Ave** **Corvallis, OR 97333** | | **12%** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June  5, 2015**   Signature   **/s/ Joel Greenzaid**

**Joel Greenzaid**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re  **G Street Remnant Shop, Ltd.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 5, 2015**

**/s/ Joel Greenzaid**  
**Joel Greenzaid**/**President**  
Signer/Title

American Detail Cleaning Corp
12280 Wilkins Ave Suite 101
Rockville, MD 20852


AT&T
P.O. box 6463
Carol Stream, IL 60197


Bernina of America
25339 Network Place
Chicago, IL 60673


Capital Bank
One Church Street
Suite 100
Rockville, MD 20850


DC Government
Office of Tax and Revenue
P.O. Box 98095
Washington, DC 20090-8095


Delaware DG
1007 South Chapel Street
Newark, DE 19702


Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290


DP Solutions
9160 Red Branch Rd Suite W-1
Columbia, MD 21045


Fabrics Merchants
1430 South Grande Vista Ave
Los Angeles, CA 90023

Fairfax County VA
Department of Tax Administration
12000 Government Center Parkway
Fairfax, VA 22035


Fairfax Water
8570 Executive Park Ave
Fairfax, VA 22031


Honda Financial Services
PO Box 105027
Atlanta, GA 30348


HVAC Precision Services
7610 Lindbergh D
Gaithersburg, MD 20879


Internal Revenue Service
PO BOX 8208
Philadelphia, PA 19101


Internal Revenue Service
324 25th Street
Ogden, UT 84201


Internal Revenue Service
PO BOX 802501
Cincinnati, OH 45999-0150


J Lefkovits and Co
257 West 39th Street
New York, NY 10018


JBG Retail
4445 Willard Ave
Suite 700
Chevy Chase, MD 20815

Jecca Corporation Services
1225 19th St NW #320
Washington, DC 20036


JMG Holdings LLC
12220 Wilkins Ave
Rockville, MD 20852


Joel Greenzaid
8925 Abbey Terrace
Potomac, MD 20854


Lincoln Financial
PO BOX 220564
Pittsburgh, PA 15257


Loomcraft
5048 Eagle Way
Chicago, IL 60678


Luxury Fabrics
PO Box 259
Wallburg, NC 27373


Marlin Leasing
PO BOX 13604
Philadelphia, PA 19101


Mercedes Financial
PO BOX 5209
Carol Stream, IL 60197


Michael Greenzaid
9825 Carmelita Dr
Potomac, MD 20854

Montgomery County MD
255 Rockville Pike L-15
Rockville, MD 20850


Montgomery County MD
255 Rockville Pike, L-15
Rockville, MD 20850


Morgan Gick, McBeath
131 Great Falls St #200
Falls Church, VA 22046


Murray Goldenberg Textiles
10797 Harry Hines Blvd
Dallas, TX 75220


Northern Virginia Electric Cooperative
PO Box 34795
Alexandria, VA 22334


Olympic III Mall Services
Po Box 55287
Houston, TX 77255


PEPCO
PO Box 13608
Philadelphia, PA 19101


Perfect Shoulder
2 Cortland St
Mount Vernon, NY 10550


Ross, Langan & McKendrick
7900 Westpark Dr Suite T420
Mc Lean, VA 22102

S Freedman and Sons
3322 Pennsy Dr
Landover, MD 20785


Selective Ins.
P. Box 371468
Pittsburgh, PA 15250-7468


Seven Corners Center LLC
7501 Wisconsin Ave
Suite 1500E
Bethesda, MD 20814


Smart Solutions
2661 Riva Rd
Annapolis, MD 21401


Stylecrest Fabrics
1015 Adams Street
Hoboken, NJ 07030


TBB Global Logistics
7250 Parkway Dr #430
Hanover, MD 21076


Telecheck
PO Box 60028
City of Industry, CA 91716


Tray
PO Box 13604
Glen Burnie, MD 21061


Tyco Integrated Security
PO Box 371967
Pittsburgh, PA 15250

Veritas Law
1225 19th St NW #320
Washington, DC 20036


Verizon
P.O. box 660720
Dallas, TX 75266


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Washington Gas
6801 Industrial Road
Springfield, VA 22151


Washington Post
PO Box 17641
Baltimore, MD 21297


Washington Real Estate Investment Trust
1775 I Street NW
Washington, DC 20006


Waste Management
PO Box 43470
Phoenix, AZ 85080


Windstream
PO Box 9001111
Louisville, KY 40290


WSSC
14501 Sweitzer Lane
Laurel, MD 20707

# United States Bankruptcy Court
## District of Maryland

In re **G Street Remnant Shop, Ltd.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **G Street Remnant Shop, Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joel Greenzaid, President**
**8925 Abbey Terrace**
**Potomac, MD 20854**

☐ None [*Check if applicable*]

**June 5, 2015**
Date

**/s/ Janet M. Nesse (jnesse@mhlawyers.com)**
**Janet M. Nesse (jnesse@mhlawyers.com)**
Signature of Attorney or Litigant
Counsel for **G Street Remnant Shop, Ltd.**
**McNamee Hosea**
**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
**(301) 441-2420 Fax:(301) 982-9450**